IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01084-WDM-MJW

DORIS STAEHR, derivatively on behalf of Newmont Mining Corporation,

    Plaintiff,

v.

WAYNE MURDY, et al.,

    Defendants,

and

NEWMONT MINING CORPORATION,

    Nominal Defendant.

and

Civil Action No. 05-cv-01222-EWN-BNB

FRANK J. DONIO, derivatively on behalf of Newmont Mining Corporation,

    Plaintiff,

v.

WAYNE MURDY, et al.,

    Defendants,

and

NEWMONT MINING CORPORATION,

    Nominal Defendant.

and

Case No. 05-cv-01226-WDM-PAC

JACK G. BLAZ, derivatively on behalf of Newmont Mining Corporation,

    Plaintiff,

v.

WAYNE MURDY, et al.,

    Defendants,

and

NEWMONT MINING CORPORATION,

    Nominal Defendant.

_____

## ORDER
_____

    This matter is before me on various matters, including a Renewed Stipulated Motion Regarding Consolidation and Proposed Briefing Schedule submitted in each of the three cases and an Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond Pending Decision on Consolidation.  The parties all agree that these cases involve common issues of law or fact and, accordingly, they should be consolidated into one action before me because the oldest numbered case has been assigned to me, all pursuant to Fed. R. Civ. P. 42 and D.C.COLO.LCivR 42.1.  The parties also propose a schedule for filing a consolidated complaint by the plaintiffs and a time within which the defendant may fine an answer or otherwise respond.  The suggestions are appropriate. Plaintiffs have also made arguments concerning appointment of lead counsel on behalf

of plaintiffs.  I will address that particular issue by separate order.

It is therefore ordered as follows:

1.  All pending motions to consolidate are granted.  These three actions shall be consolidated into Case No. 05-cv-01084-WDM-MJW and future filings shall bear the singular caption under that number.  The plaintiffs shall file a consolidated, amended complaint covering all of plaintiffs' claims on or before January 18, 2006.  Defendants may file their responsive pleadings within 45 days after filing of the consolidated complaint;

2.  Defendants' unopposed motion for enlargement of time is denied as moot; and

3.  The order of reference to Magistrate Judge Boyd N. Boland is rescinded.

DATED at Denver, Colorado, on November 17, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge