IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01084-WDM-MJW (as consolidated)

DORIS STAEHR,

    Plaintiff,

v.

WAYNE W. MURDY, et al.,

    Defendants,

## ORDER OF ADMINISTRATIVE CLOSURE

Miller, J.

This matter is before me on the parties' joint motion to adjourn the derivative litigation so that they may explore the prospects for mediation. In light of this motion, administrative closure appears appropriate.

Accordingly, it is ordered that this case shall be administratively closed pursuant to D.C.COLO.LCivR 41.2, but may be reopened upon any party filing a motion to reopen, on or before June 19, 2007. If no motion to reopen, or motion to extend the deadline is filed by that date, this case shall be dismissed without prejudice without further notice.

DATED at Denver, Colorado, on June 26, 2006.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge

PDF FINAL